UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **KETKEO HENDERSON,** | § |
| *Petitioner*, | § |
| v. | § |
| **SECRETARY, USDHS KRISTI NOEM; US ATTORNEY GENERAL PAMELA BONDI; TODD LYONS, ACTING DIRECTOR IMMIGRATION CUSTOMS AND ENFORCEMENT; MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS; and WARDEN OF ERO EL PASO CAMP EAST MONTANA,** | § No. 3:25-CV-00521-LS |
| *Respondents*. | § |

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

Petitioner Ketkeo Henderson filed a petition for a writ of habeas corpus under 28 U.S.C. § 224, contending that her detention by Immigration and Customs Enforcement is unlawful.[1] Petitioner also filed a motion for a temporary restraining order, requesting that Defendants be restrained from removing her to a foreign country at this time.[2]

A party moving for a temporary restraining order must establish four elements:

(1) a substantial likelihood of success on the merits; (2) a substantial threat that the movant will suffer irreparable injury if the temporary restraining order is denied; (3) that the threatened injury outweighs any damage that the temporary restraining order might cause the defendant; and (4) that the temporary restraining order will not disserve the public interest.[3]

---

[1] ECF No. 1.
[2] ECF No. 2.
[3] *Whole Woman's Health v. Paxton*, 264 F. Supp. 3d 813, 818 (W.D. Tex. 2017).

Injunctive relief "is an extraordinary remedy which should not be granted unless the party seeking it has 'clearly carried the burden of persuasion' on all four requirements."[4]

In her motion, Petitioner states only that she is likely to succeed on her claim.[5] She does not provide any argument to explain why this is so. Thus, she has not carried her burden as to the first element, and the Court cannot grant her motion for a temporary restraining order.

For this reason, Petitioner's motion [ECF No. 2] is denied.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 13, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[4] *PCI Transp., Inc. v. Fort Worth & W. R.R. Co.*, 418 F.3d 535, 545 (5th Cir. 2005) (quoting *Lake Charles Diesel, Inc. v. Gen. Motors Corp.*, 328 F.3d 192, 196 (5th Cir. 2003)).
[5] ECF No. 2 at 5.