# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **KETKEO HENDERSON,** §<br>§<br>    *Petitioner*, §<br>§<br>**v.** §<br>§<br>**SECRETARY, USDHS KRISTI NOEM;** §<br>**US ATTORNEY GENERAL PAMELA** §<br>**BONDI; TODD LYONS, ACTING** §<br>**DIRECTOR IMMIGRATION** §<br>**CUSTOMS AND ENFORCEMENT;** §<br>**MARY DE ANDA-YBARRA, FIELD** §<br>**OFFICE DIRECTOR FOR** §<br>**ENFORCEMENT AND REMOVAL** §<br>**OPERATIONS; and WARDEN OF** §<br>**ERO EL PASO CAMP EAST** §<br>**MONTANA,** §<br>§<br>    *Respondents*. § | No.  3:25-CV-00521-LS |

### ORDER DISMISSING CASE

Respondents filed an advisory to the Court regarding Petitioner's physical removal from the United States.[1] Petitioner filed a petition for a writ of habeas corpus regarding his detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondents, his petition is moot.[3] The Court therefore denies Petitioner's writ of habeas corpus and dismisses this case as moot.

**SO ORDERED**.

---

[1] ECF No. 5.

[2] ECF No. 1.

[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

**SIGNED** and **ENTERED** on December 4, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**